UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HOMERO GALINDO and ROSELLA A. GALINDO, | § § § |
| Plaintiffs, | § § |
| v. | § § EP-18-CV-00022-DCG |
| CITIMORTGAGE, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, | § § § § |
| Defendants. | § § |

## ORDER DISMISSING CASE

On March 14, 2018, the parties in the above-captioned case filed a "Joint Stipulation for Dismissal with Prejudice" (ECF No. 5), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders.

**IT IS ORDERED** that all claims, causes of action, and requests for affirmative relief asserted or requested by the parties in the above matter are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk of Court shall **CLOSE** this case.

So ORDERED and SIGNED this 14th day of March 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE